

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 10, 2020

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Rui Cai*, 20-cr-80 (LTS)

Judge Swain:

    There is currently a conference in the above-captioned case schedule for April 14, 2020 at 10:00 a.m.  The parties respectfully request an adjournment of that conference until May 18, 2020 at 2:30 p.m.  The Government respectfully requests that time under the Speedy Trial Act be excluded until May 18, so the parties can discuss pre-trial motions and a possible resolution to the case.  Mr. Cai's defense attorney, Clay Kaminsky, Esq., has informed me that he consents to the exclusion of time.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064

THE APPLICATION IS GRANTED.  THE CONFERENCE IS
ADJOURNED TO MAY 18, 2020, AT 2:30 P.M.  THE COURT FINDS
PURSUANT TO 18 U.S.C. § 3161(h)(7)(A) THAT
THE ENDS OF JUSTICE SERVED BYAN EXCLUSION OF THE
TIME FROM TODAY'S DATE THROUGH MAY 18, 2020,
OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE
DEFENDANT(S) IN A SPEEDY TRIAL FOR THE REASONS STATED
ABOVE.  DE# 12 RESOLVED.  SO ORDERED.

DATED:4/10/2020
/S/ Laura Taylor Swain, USDJ