*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2020

Hon. Laura Taylor Swain
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   **United States** v. **Rui Cai**, 20-cr-80 (LTS)

Judge Swain:

The Government respectfully writes in response to the Court's inquiry about the need for the status conference in the above-referenced matter, currently scheduled for May 18, 2020. The Government has conferred with Mr. Cai's attorney, Clay Kaminsky, Esq., and the parties concur that the conference should be adjourned. Accordingly, the parties respectfully request that the Court adjourn the May 18 conference to late June or such time as is convenient for the Court. This adjournment will allow more time for Mr. Cai's attorney to investigate a potential motion, and will give the parties an opportunity to discuss a potential pre-hearing resolution. The Government respectfully requests that time under the Speedy Trial Act be excluded until the next conference. Mr. Kaminsky has informed me that he consents to the exclusion.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064

THE APPLICATION IS GRANTED. THE CONFERENCE IS ADJOURNED TO JULY 7, 2020, AT 2:30 P.M. THE COURT FINDS PURSUANT TO 18 U.S.C. § 3161(h)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH JULY 7, 2020, OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. DE# 14 RESOLVED. SO ORDERED.

DATED: May 6, 2020
/s/ Laura Taylor Swain, USDJ