

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 3, 2020

The Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Rui Cai*, 20-cr-80 (LTS)

Judge Swain:

On October 28, 2020, this Court scheduled the final pretrial conference in the above-captioned case for May 3, 2021, at 11:00 a.m.  The Government respectfully requests that time under the Speedy Trial Act be excluded until that conference, so the parties can discuss a potential pretrial resolution to the case.  Mr. Cai's attorney, Clay Kaminsky, Esq., has informed me that he consents to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064

The application is granted.  Trial is hereby set for May 10, 2021, at 9:30 a.m., and the final pretrial conference is set for May 3, 2021, at 9:30 a.m.   The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through May 10, 2021, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.

SO ORDERED.
Dated:  11/04/2020

/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ