

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 5, 2021

The Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re: **United States** v. **Rui Cai**, 20-cr-80 (LTS)

Dear Judge Swain:

    The defendant, through his attorney, has informed the Government that he intends to plead guilty, pursuant to a written plea agreement in the above-captioned case. The parties respectfully request that the Court schedule a change-of-plea hearing for March 24, 2021 at 2 p.m. The defendant, through his attorney, has consented to the change-of-plea hearing occurring remotely, in light of the pandemic.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by: _____
    Thomas S. Burnett
    Assistant United States Attorney
    (212) 637-1064

The scheduling request is granted.  DE# 23 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, USDJ